UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------x

MARTA E. JIMENEZ,

        Plaintiff,                              **NOTICE OF APPEARANCE**

      -against-

NANCY A. MARNELL,

        Defendant,

      -against-                               Docket No.:  06CIV2676 (DRD)

JAMIL BRASH,

        Third Party Defendant

------------------------------------------------------x

I respectfully submit an appearance in this case as additional counsel for the Plaintiff.

Dated: New York, New York
       May 12, 2008

By: _____
Daniel A. Levy (04245-2007)
THE BOSTANY LAW FIRM
One Gateway Center – Suite 2600
Newark, New Jersey 07102