# THE BOSTANY LAW FIRM

ONE GATEWAY CENTER

SUITE 2600

NEWARK, NEW JERSEY 07102-5397

TEL: 800-585-8918

FAX: 800-585-8919

NEW YORK OFFICE

40 WALL STREET
NEW YORK, NY 10005
212 530-4400

June 2, 2008

Hon. Michael A. Shipp
United States Magistrate Judge
District of New Jersey
Martin Luther King, Jr. Federal Bldg.
50 Walnut Street
Newark, NJ  07102

      Re:      Marta Jimenez v. Nancy Marnell and Jamil Brash
                 Docket No.:  06CIV2676 (DRD) (MAS)

Your Honor:

      Pursuant to your request, I respectfully submit the Scheduling Order.

                                                Respectfully,

                                                Daniel A. Levy